**Order issued October 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01434-CR
No. 05-13-01435-CR

**CAL MAURICE BUTLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices O'Neill, Lang-Miers, and Brown

Based on the Court's opinion of this date, we **GRANT** the February 24, 2014 motion of John Tatum for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove John Tatum as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Cal Maurice Butler, TDCJ No. 1427407, Clements Unit, 9601 Spur 591, Amarillo, Texas, 79107-9606.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE